**No. 65790.**—Carmichael Forwarding Service, a/c Rex E. Staley, et al. *v.* United States, protests 59/9846, etc. (Los Angeles).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of stone lanterns similar in all material respects to those the subject of *Otagiri Mercantile Co., Inc., et al.* v. *United States* (44 Cust. Ct. 184, C.D. 2173), the claim of the plaintiffs was sustained.

**No. 65791.**—Esso Standard Oil Company *v.* United States, protest 58/3113 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that duty was assessed on 4,750,117 gallons and that only 4,585,669 gallons of fuel oil were landed, the collector was directed to reliquidate the entry accordingly.

**No. 65792.**—American Home Products Corp. (American Home Foods Division) and Schmidt Pritchard & Co., Inc. *v.* United States, protest 60/29021(G) (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1, C.A.D. 686), the claim of the plaintiffs was sustained.